# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DONNA M. FINDLEY,
    Plaintiff,

Case No. 1:20-cv-978
Dlott, J.
Litkovitz, M.J.

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,
    Defendants.

REPORT AND
RECOMMENDATION

This matter is before the Court on defendant Norris Cochran's, Acting Secretary, United States Department of Health and Human Services, motion to dismiss (Doc. 13), to which plaintiff has not filed a response in opposition.[1] For the reasons set forth in the motion, the motion to dismiss should be **GRANTED**.

    **IT IS SO RECOMMENDED.**

Date: 4/15/2021

Karen L. Litkovitz
Chief United States Magistrate Judge

---

[1] Counsel for plaintiff contacted the chambers of the undersigned Magistrate Judge and advised that he does not oppose defendant's motion.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA M. FINDLEY,
    Plaintiff,

Case No. 1:20-cv-978
Dlott, J.
Litkovitz, M.J.

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,
    Defendants.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.  This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).