IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donna M. Findley,

    Plaintiff,

vs.

State Farm Mutual Automobile
Insurance Company, et al.,

    Defendants.

Case Number: 1:20cv978

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 15, 2021(Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that Counsel for the plaintiff does not oppose defendant's motion to dismiss, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant Norris Cochran's, Acting Secretary, United States Department of Health and Human Services, motion to dismiss (Doc. 13) is GRANTED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court