# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DONNA M. FINDLEY,<br>    Plaintiff, | Case No. 1:20-cv-978<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, et al.,<br>    Defendants. | **ORDER** |

This matter came before the Court on Friday, April 22, 2022, for a telephone status conference. At the request of the parties and for good cause shown, the Court **STAYS** the dispositive motion deadline in this matter subject to rescheduling at a later date. This matter is set for a follow-up telephone status conference on Monday, August 1, 2022, at 4:00 p.m.

    **IT IS SO ORDERED.**

Date: 4/22/2022

*Karen L. Litkovitz*
Karen L. Litkovitz
Chief United States Magistrate Judge